```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 19077
GAYLE KAUFMAN
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
    SSN XXX-XX-1845


-----------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/12/05 and confirmed on 08/31/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $   26352.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 13086.47 | .00 | 7810.59 |
| DISCOVER BANK | UNSECURED | 7782.92 | .00 | 4645.20 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1125.13 | .00 | 671.53 |
| GMAC PAYMENT CENTER | UNSECURED | 7919.74 | .00 | 4726.86 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10079.00 | .00 | 6015.60 |
| FIFTH THIRD BANK | SECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 39993.26 | .00 | 39993.26 |
| PRINCIPAL PAID | .00 | .00 | 23869.78 | .00 | 23869.78 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 23869.78 | .00 | 23869.78 |

```
The Debtor's attorney, THOMAS F FEZZEY            , was allowed $   2000.00
and was paid $    775.00  direct and $    1225.00  through the plan.

The Trustee received $    1253.22 .

Refunds to the Debtor totaled $       4.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 11/12/08                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

                    PAGE  2
CASE NO. 05 B 19077 GAYLE KAUFMAN